UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RUSSELL CALL,

    Plaintiff,

v.

RUNNELS COUNTY, et al.,

    Defendants.

No. 6:25-CV-030-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to effect service, failure to prosecute, and failure to comply with a Court order. Dkt. No. 6. No objections were filed, and the plaintiff has taken no action in this case since March 24, 2025. *See* Dkt. No. 1.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to effect service, failure to prosecute, and failure to comply with a Court order.

So ordered on May ___, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE